98/3332



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PETER INCORVAIA, GREG
BARANOFF, AND AMBROSE &
MONTGOMERY, INC., Appellants

No. 05-98-00054-CV     V.

DANA PANKEY, KENNETH AMBROSE,
HAL SUNDVAHL, AND JILL
GUTZMAN, Appellees

Appeal from the 380th Judicial District Court
of Collin County, Texas. (Tr.Ct.No. 380-923-93).
Opinion delivered per curiam before Justices
Ovard, James, and Bridges.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellants bear the costs of this appeal.

Judgment entered June 22, 1999.

DAVID L. BRIDGES
JUSTICE

Case Number: 05-98-00054-CV  Date Filed: 01/13/1998

Style: Incorvaia, Peter, Baranoff, Greg and Ambrose & Montgomery, Inc.
v.
Pankey, Dana, Ambrose, Kenneth, Sundvahl, Hal and Gutzman, Jill

Trial Judge:         Sandoval, Charles
Trial Court Reporter: Renfro, Lisa
Trial Court:         380TH DISTRICT COURT  Trial County:  COLLIN

---

ANT   Richard F. Martin
      ATT 013103400
      Richard F. Martin, P.C.
      300 North Coit Rd., Suite 370
      Richardson, TX 75080
      Phone 972/994-9321
      Fax 972/994-0049


APE   Ken Dugan
      ATT 006172050
      Lambert & Stewart
      2840 Lincoln Plazalaza
      500 North Akard
      Dallas, TX 75201
      Phone 214/740-4270
      Fax 214/740-4266


APE   William G. Shaw, Jr.
      ATT 018157000
      Kilgore & Kilgore
      700 McKinney Place, LB-103
      3131 McKinney Avenue
      Dallas, TX 75204
      Phone 214/969-9099
      Fax 214/953-0133

APE    Dana Pankey
       OTH 059800054
       P.O. BOX 44012
       Phoenix, AZ 85064-4012
       Phone 602/957-2431
       Fax 602/957-7414

DCK    Clerk
       CLK 000000380
       380th Judicial District Court
       Collin County Courthouse
       210 S. McDonald Street
       McKinney, TX 75069
       Phone 972/424-1460

JDG    Judge
       JDG 000000380
       380th Judicial District Court
       Collin County Courthouse
       210 S. McDonald St
       McKinney, TX 75069

MED    Braden W. Sparks
       ATT 013574500
       5949 Sherry Lane
       Suite 1395
       Dallas, TX 75225
       Phone 214/750-1395
       Fax 214/368-1395

Author of opinion Justice Bridges

Trial Court Judge Sandoval

Rehear denied_____

**\*\*THIS OPINION IS RELEASED FOR PUBLICATION    YES /  NO**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-98-00054-CV

### PETER INCORVAIA, GREG BARANOFF, AND
### AMBROSE & MONTGOMERY, INC., Appellants

### V.

### DANA PANKEY, KENNETH AMBROSE, HAL SUNDVAHL,
### AND JILL GUTZMAN, Appellees

On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-923-93

## OPINION PER CURIAM

Before Justices Ovard, James, and Bridges

Before the Court is appellants' June 11, 1999 agreed motion to dismiss, which recites that the bankruptcy of appellant Greg Baranoff has come to a conclusion by discharge and closing of the bankruptcy file. The motion further recites that appellants have reached an agreement with each of the appellees, including a settlement agreement with appellee Dana Pankey, and do not seek to pursue the appeal further.

A review of this cause shows that, on September 4, 1998, after receiving notification that a petition for bankruptcy had been filed in a federal bankruptcy court concerning appellant Greg

Baranoff, the Court abated this appeal. Attached to appellants' May 28, 1999 motion is a copy of an October 26, 1998 "Discharge of Debtor" and a stipulation and order to dismiss adversary claim entered April 5, 1999 by the United States Bankruptcy Court for the Central District of California.

On appellants' May 28, 1999 motion, we **REINSTATE** and **DISMISS** this appeal. *See* TEX. R. APP. P. 42.1(a)(2).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
980054F.U05

—2—